**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No.  05-cv-02221-LTB-CBS

LORENE BUTERA,

      Plaintiff,

v.

JAMES LONGCOR and
NASH FINCH COMPANY, a Delaware corporation,

      Defendants.
_____

**ORDER**
_____

      THIS MATTER has come before the Court on the Stipulated Motion for Dismissal with Prejudice of Plaintiff Lorene Butera ("Butera")'s First and Second Claims for Relief against Defendant Nash Finch Company ("Nash Finch").  The Court, being fully advised, hereby ORDERS that Butera's First and Second Claims for Relief against Nash Finch are dismissed with prejudice, each party to pay his or its own costs and attorney fees.

      Dated: August   14  , 2006

                                              BY THE COURT:

                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Chief Judge
                                              United States District Court