**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No.  05-cv-02221-LTB-CBS

LORENE BUTERA,

      Plaintiff,

v.

JAMES LONGCOR and
NASH FINCH COMPANY, a Delaware corporation,

      Defendants.
_____

**ORDER**
_____

THIS MATTER has come before the Court on Plaintiff's Unopposed Motion for Order of Dismissal of Certain Claims with Prejudice Pursuant to Fed.R.Civ.P. 41(a)(2). The Court, being fully advised, hereby ORDERS that Butera's Third Claim for Relief (against Defendant James Longcor), Fourth Claim for Relief (against Defendant Nash Finch Company), and Fifth Claim for Relief are dismissed with prejudice, each party to pay his or its own costs and attorney fees.

    Dated: August __14__, 2006

                                        BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Chief Judge
                                        United States District Court